**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re:   Sylvester Moore & Leona Daniels-Moore        )        Case # 11 B 40818
                                                       )        Judge Schmetterer
         Debtors                                       )        Chapter 13
                                                       )
_____)_____
                                                       )
Sylvester Moore & Leona Daniels-Moore,                 )
         Plaintiffs,                                   )
         v.                                            )        ADV. No. 11 AP 02547
Bank of America NA                                     )
         Defendant

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

### Findings of Fact:

**A.  The Parties**

1.  The Plaintiffs are Sylvester Moore and Leona Daniels-Moore ("Plaintiffs").

2.  The Defendant is Bank of America NA ("Defendant").

**B.  Factual Background**

1.  On October 6, 2011, Plaintiffs filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.  Joint Debtor owns the real estate commonly known as 3209 Knollwood Ln, Homewood, IL 60430.

3.  That Bank of America NA holds a first mortgage lien on the real property commonly known as 3209 Knollwood Ln, Homewood, IL 60430, with a secured value of $223,978.96 pursuant to Bank of America NA's proof of claim, Claim #40.

4.  The Defendant holds a second mortgage lien on the real property commonly known as 3209 Knollwood Ln, Homewood, IL 60430 in the amount of $43,939.73 pursuant to Defendant's proof of claim, Claim #44.

5.  That the Plaintiffs obtained an appraisal of the property on September 6, 2011 indicating the value of 3209 Knollwood Ln, Homewood, IL 60430 as $84,940.00.

6. The first mortgage lien of Bank of America NA is a secured claim based on the mortgage recorded on September 13, 2006 as document number 0625647144 with the Cook County Recorder of Deeds, Illinois.

7. The second mortgage lien of Bank of America NA is a secured claim based on the mortgage recorded September 13, 2006 as document number 0625647145 with the Cook County Recorder of Deeds, Illinois.

8. The current Chapter 13 Plan provides the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $1,140.00 per month for 36 months.

9. Under the Plan, general unsecured creditors will be paid a dividend of ten percent (10%) of their allowed claims.

10. On December 2, 2011, Plaintiffs filed a complaint and caused a summons to be issued pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiff's property located at 3209 Knollwood Ln, Homewood, IL 60430.

11. On March 15, 2012, an alias summons was issued.

12. On March 15, 2012, a copy of the alias summons and complaint was served in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure by certified US Mail, postage prepaid to an officer of the Defendant at 401 N Tryon St, Charlotte, NC 28255, and upon the registered agent, Prober & Raphael at 20750 Ventura Blvd, Ste 100, Woodland Hills, CA 91364.

13. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

14. No evidence has been presented to challenge the validity of the secured claim that holds priority over the second mortgage lien.

15. No evidence has been presented to challenge the appraised value of $84,940.00.

16. The first secured claim of Bank of America NA in the amount of $223,978.96 exhausts the value and equity in Plaintiffs' residence.

17. There is no value or equity to support the claim of the Defendant.

## CONCLUSIONS OF LAW

### A. Jurisdiction

1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2.  Venue is proper in this district pursuant to 28 U.S.C. § 1409.

**B.  Argument**

1.  This action was initiated under 11 U.S.C. § 506(a) and F.R.Bankr.P. 3012.

2.  Bank of America NA filed a proof of claim listing the first secured claim of Bank of America NA in the amount of $223,978.96, and the second secured claim of Bank of America NA in the amount of $43,939.73.

3.  The value of Plaintiffs' residence is $84,940.00.

4.  As there is no value or equity to support the second priority lien of Bank of America NA, the claim is not a claim secured at all by a security interest in the Debtors' residence, as the term is used in § 1322(b) of the Bankruptcy Code.  The Chapter 13 Plan may value the collateral under F.R.Bankr.P. 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. *In re Meyer*, 2009 B 20268, Docket Entry 69 (Bankr.N.D.Ill. January 29, 2010).

Ordered:

Dated: _5/15/12_

_____
Honorable Jack B. Schmetterer

MAY 15 2012

Gleason and Gleason LLC
77 W Washington, Suite 1218
Chicago, IL 60602
(312) 578-9530